**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 04-cv-02534-LTB-BNB

CONTINENTAL DIVIDE LIQUORS, INC., a Colorado corporation;
VINTAGE SELLERS, LLC, a Colorado limited liability company,
        Plaintiffs,

v.

DEVALMONT VINEYARDS, INC. – GRUET WINERY, a New Mexico corporation,
        Defendant.

_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Stipulation of Dismissal With Prejudice (filed June 24, 2005), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                                  BY THE COURT:

                                                  s/Lewis T. Babcock
                                                  Lewis T. Babcock, Chief Judge

DATED: June 24, 2005